UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Max A. Medcqm, | Civil No. 23-2286 (DWF/ECW) |
| Plaintiff, | |
| v. | MEMORANDUM OPINION AND ORDER |
| United States Department of State, Jane Doe, and John Doe, | |
| Defendants. | |

Before the Court is Plaintiff Max A. Medcqm's appeal/objection (Doc. No. 83) to Magistrate Judge Elizabeth Cowan Wright's June 3, 2024, Order denying Medcqm's motion for leave to file motion to preserve evidence (Doc. No. 81). For the reasons set forth below, the Court affirms the decision of the Magistrate Judge.

The Court's review of a Magistrate Judge's decision on non-dispositive matters is limited to determining whether any part of the order is clearly erroneous or contrary to the law. D. Minn. LR 72.2(a). Medcqm has failed to demonstrate that the Magistrate Judge's order is clearly erroneous or contrary to the law. As noted by the Magistrate Judge, Medcqm did not file a meet-and-confer statement with the Court. Moreover, the Court agrees with the Magistrate Judge that Medcqm has only provided "generalized allegations of malfeasance by Defendants." (Doc. No. 81 at 5.) There is no evidence or reason to believe that the State Department has not complied with its preservation obligations. Accordingly, the Magistrate Judge's order is affirmed.

Based upon the foregoing, and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's appeal/objection of Magistrate Judge Wright's Order dated June 3, 2024 (Doc. No. [83]) is **DENIED.**

2. Magistrate Judge Wright's Order dated June 3, 2024 (Doc. No. [81]) is **AFFIRMED.**

Dated: June 11, 2024            s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge